No. 82–1382.   TOLUB ET AL. *v.* EVANS, AS CHIEF ADMINISTRATIVE JUDGE OF THE STATE OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 82–1420.   SANFORD ET AL. *v.* DUMAS.   Appeal from Dist. Ct. App. Fla., 5th Dist., dismissed for want of substantial federal question.

No. 82–983.   DUNCAN *v.* PECK.   Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1237.   STELLA *v.* MERCY HOSPITAL ET AL.   Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6249.   VELILLA *v.* UTC/HAMILTON STANDARD DIVISION ET AL.   Appeal from Sup. Ct. Conn. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1243.   BUNKER *v.* NATIONAL GYPSUM CO.   Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.   JUSTICE BRENNAN took no part in the consideration or decision of this case.

No. 82–1293.   TEMPLE ET AL. *v.* ALABAMA PUBLIC SERVICE COMMISSION ET AL.   Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction.